IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CYNTHIA PARHAM, | * | |
| Plaintiff, | * | |
| v. | * | CV 118-153 |
| UNIVERSITY HEALTH SERVICES, INC. and UNIVERSITY HEALTH, INC., | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 24.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of December, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF GEORGIA